COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Stephen D. DiFerrante

Appellate case number:   01-15-00926-CV

Trial court case number:  1068375

Trial court:             County Civil Court at Law No 3 of Harris County

On November 2, 2015, relator, Stephen D. DiFerrante, filed a petition for a writ of mandamus and a motion for temporary relief, requesting that the Court grant an "emergency stay" of the trial set for November 4, 2015. Relator filed another motion for emergency relief on November 4, 2015. Relator's motions for temporary relief are **denied**.

It is so ORDERED.

Judge's signature: /s/ <u>Rebeca Huddle</u>
⊠  Acting individually

Date:  November 4, 2015